IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON WAYNE PARSONS, AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF ANITA JOANN PARSONS, | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:17-CV-1828-D |
| VRM (VENDOR RESOURCE MANAGEMENT) DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS, BANK OF AMERICA NA, AND AARON PARKER, | § § § § § § § | |
| Defendants. | § | |

## ORDER

The court has made an independent review of the pleadings, files, and records in this case and of the findings, conclusions, and recommendation of the United States Magistrate Judge dated December 15, 2017. Without suggesting that the court agrees in every respect with the magistrate judge's analysis, the court concludes that the recommendation of the magistrate judge that this case be remanded is correct under the specific facts and procedural history of this case. It is therefore ordered that the recommendation of the United States Magistrate Judge is adopted.

Accordingly, plaintiff's August 1, 2017 motion to remand is granted. The court holds that it lacks subject matter jurisdiction, and, pursuant to 28 U.S.C. § 1447(c), remands this case to the County Court at Law No. 2 of Johnson County, Texas. The

clerk shall effect the remand according to the usual procedure.

**SO ORDERED**.

January 24, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE